UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 8:12-CR-410-T-30EAJ

JAMES SCOTT AMIDON

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a 1-level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant provided truthful and timely information to the United States which assisted law enforcement in investigating other individuals.

The United States believes that, because of his efforts on behalf of the United States, defendant Amidon should receive a 1-level reduction in his offense level for his assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                                        Respectfully submitted,

                                        ROBERT E. O'NEILL
                                        United States Attorney

By:    *s/ Matthew Jackson*
        MATTHEW JACKSON
        Assistant United States Attorney
        AUSA NO. 126
        400 North Tampa Street, Suite 3200
        Tampa, Florida  33602
        Telephone:   (813) 301-3083
        Facsimile:    (813) 274-6125
        E-mail:         matt.jackson@usdoj.gov

**U.S. v. AMIDON**                                                        Case No. 8:12-CR-410-T-30EAJ

## CERTIFICATE OF SERVICE

     I hereby certify that on May 29, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record.

                                          *s/ Matthew Jackson*
                                          MATTHEW JACKSON
                                          Assistant United States Attorney
                                          AUSA NO. 126
                                          400 North Tampa Street, Suite 3200
                                          Tampa, Florida  33602
                                          Telephone:   (813) 301-3083
                                          Facsimile:   (813) 274-6125
                                          E-mail:      matt.jackson@usdoj.gov