**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| | |
|---|---|
| CASE NO. 8:12-cr-410-T-30EAJ | DATE: May 29, 2013 |
| TITLE: USA v. **JAMES SCOTT AMIDON** | |
| TIME: 9:10 – 9:25 a.m. | TOTAL: 15 minutes |

| | |
|---|---|
| Courtroom Deputy: Sara Boswell | Interpreter: N/A |
| Court Reporter: Sherrill Jackson | Probation: Noah Joseph |
| Counsel for Government: Matthew Jackson | |
| Counsel for Defendant: Angelo Michael Ferlita | |

**CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES**

Deft sworn.

Defendant is adjudged guilty on Count One of the Indictment.

Imprisonment: ONE HUNDRED (100) MONTHS as to Count One of the Indictment.

The Court grants as to TWO LEVELS [Dkt. 65] Government's 5K1.1 motion for downward departure.

The Court makes the following recommendations to the Bureau of Prisons:

\*\*\*Confinement at FCI Coleman
\*\*\*Defendant to participate in the 500 hour Intensive Drug Program.

Supervised Release: FIVE (5) YEARS as to Count One of the Indictment.

Fine is waived.

Special Assessment: $100.00 (X) To be paid immediately.

Special conditions of supervised release:

- Defendant shall participate as directed in a program approved by the probation officer for treatment of **narcotic addiction or drug or alcohol dependency** which may include

- testing for the detection of substance use or abuse.  Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability or third party payment and in conformance with the probation office's sliding scale for substance abuse treatment services.

- The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act.  Based on the probation officer's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year. Defendant shall refrain from any unlawful use of a controlled substance.

- Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and to counsel on appeal.

Declaration of Intent to Appeal form provided to the Defendant with instructions on how to file the form.

## GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 29 |
| Criminal History Category: | IV |
| Imprisonment Range | 121- 151 months |
| Supervised Release Range | 5 years |
| Restitution: | N/A |
| Fine Range | $15,000 - $10,000,000 |
| Special Assessment | $100.00 |